OPINION — AG — ** AGE OF MAJORITY ** UNDER 15 O.S. 13 [15-13] AND 16 O.S. 1 [16-1], MALES WHO ARE OTHERWISE COMPETENT OBTAIN MAJORITY AND THE POWER TO SELL, LEASE, MORTGAGE AND DISPOSE OF REAL PROPERTY UPON ACHIEVING EIGHTEEN(18) YEARS OF AGE. (JUVENILE, ADULT, CONTRACTS, 18 YEARS OF AGE, EIGHTEEN YEARS OF AGE) CITE: 15 O.S. 17 [15-17], 16 O.S. 1 [16-1] (FRANK GREGORY)